IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:10-CV-51-RLV-DCK

| | |
|---|---|
| BRIAN JONES )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DOLGENCORP, INC.; DOLGENCORP )<br>OF NEW YORK, INC.; DOLGENCORP )<br>OF TEXAS, INC; AND DOLLAR )<br>GENERAL PARTNERS, )<br>)<br>Defendants. ) | **ORDER** |

Having considered Plaintiff's "Application for Admission To Practice *Pro Hac Vice*" (Document No. 20) of Charles Lance Gould, the Court will **GRANT** the motion. Therefore, Charles Lance Gould is permitted to appear *pro hac vice* on behalf of plaintiff, Brian Jones.

Signed: May 17, 2010

David C. Keesler
United States Magistrate Judge